# MINUTE ORDER

Page 2

## Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3**     Date: 11/18/24     Time: 1:30 p.m.

| | |
|---|---|
| Defendant: Efrain Betancourt, Jr., | J#: 13936-506     Case #: 24-CR-20399-GAYLES |
| AUSA: **Roger Cruz** | Attorney: **Dustin Tischler, Esq. (TEMP)** |
| Violation: Conspiracy to Commit Mail Fraud and Wire Fraud | Surr/Arrest Date: 11/15/24     YOB: 1988 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: **Pretrial Detention** based on risk of flight |
| Bond Set at: | Co-signed by: |

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

**Disposition:**

*Brady Order given. Government's Ore Tenus Motion to UNSEAL-GRANTED. Defense Counsel filed a temporary Notice of Appearance in open court. Government's Ore Tenus Motion for Pretrial Detention-GRANTED.*

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

Report RE Counsel: *12/2/2024 at 10am (Miami Duty Court)*
PTD Hearing: *11/19/2024 at 10am (Miami Duty Court)*
Prelim/Arraignment: *12/2/2024 at 10am (Miami Duty Court)*
Status Conference RE:

**D.A.R. JG-13:31:31; 13:43:09**     Time in Court: **9 mins.**

s/Jonathan Goodman     Magistrate Judge