**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-20399-CR-GAYLES/GOODMAN**

**UNITED STATES OF AMERICA**

**vs.**

**EFRAIN BETANCOURT, JR.,**

    **Defendant.**

_____/

**GOVERNMENT'S MOTION FOR REVOCATION OF**
**MAGISTRATE JUDGE RELEASE ORDER**

Pursuant to 18 U.S.C. § 3145(a)(1), the Government moves the District Court to revoke the Order of the United States Magistrate, dated November 19, 2024, which denied the Government's motion for the pre-trial detention of Defendant Efrain Betancourt, Jr, and released the Defendant on bond. The Magistrate Court held a bond hearing, today, of this Defendant, the mastermind of a $66 million Ponzi scheme that stole this money from over 600 victims. He, along with his father and wife, and other family members, executed their wire fraud conspiracy over the span of four years. Defendant's potential term of imprisonment under the Sentencing Guidelines is over twenty years. Moreover, millions of dollars in fraudulent proceeds directly obtained by this Defendant have disappeared, were funneled by him to his wife and other family members, and have otherwise been transferred oversees. The Defendant resides in Colombia, is a Colombian citizen, and maintains a Colombian passport. Betancourt has significant international travel with his American passport and ties to Colombia, including real property, and other assets there. Also, in support of its risk of flight argument, the Government provided sworn testimony and other evidence at the bond hearing that the Defendant not only voiced his

desire to avoid prosecution and arrest for this matter, but traveled to the UEA in search of a country that disallows extradition to the United States.

The Order allows for the release of the Defendant on a $1,000,000 personal surety bond cosigned by his unindicted co-conspirator father and wife, and a purported aunt that has, perhaps, $250,000 of equity in her homestead. The Court also ordered electronic monitoring, with a curfew, as part of its bond package. The execution of the Order is essentially stayed until the Defendant satisfies a *Nebbia* requirement for an additional $250,000, 10% bond.

For the reasons set forth above and as more fully set forth in a supporting memorandum of law to be filed after receipt of the bond hearing transcript, there is no condition or combination of conditions of release that will reasonably assure the appearance of this Defendant and the safety of other persons and the community. *See* 18 U.S.C. § 3142(e)(1).  The Government further requests the Court extend the stay of the execution of the Order pending resolution of this appeal.

The Government ordered the expedited transcription of the bond hearing.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/Roger Cruz
ROGER CRUZ
Assisted United States Attorney
Florida Bar No. 157971
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9207

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

__/s/ Roger Cruz__
Assistant United States Attorney
