UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20399-CR-GAYLES/GOODMAN

**UNITED STATES OF AMERICA,**

vs.

**EFRAIN BETANCOURT, JR.,**
   **Defendant.**
_____/

**DEFENSE RESPONSE TO GOVERNMENT'S MOTION FOR REVOCATION OF MAGISTRATE JUDGE RELEASE ORDER**

  The Defendant, Efrain Betancourt, by and through undersigned counsel, respectfully moves this Honorable Court to uphold the Order of the United States Magistrate, dated November 19, 2024, which denied the Government's motion for pre-trial detention and set reasonable bond conditions, and in support states the following:

1. Magistrate Judge Goodman held a lengthy bond hearing on today's date, whereby the Government sought pre-trial detention of Defendant Efrain Betancourt. The government was provided full opportunity to proffer the alleged facts of the criminal indictment and presented FBI Agent Steelman to testify.

2. Based upon the proffered allegations by the government, the testimony of FBI Agent Steelman, testimony of several defense witnesses, and arguments of counsel for the defense and Government, Judge Goodman decided in his wisdom that there are reasonable conditions of bond that exist to both protect the community and assure Mr. Betancourt's appearance at all future court proceedings.

3. Disagreeing with Judge Goodman's ruling, the government now seeks to have his Order

for bond revoked with a misleading motion that fails to fully reflect the testimony presented. For instance, the government's motion states that "the Defendant resides in Colombia, is a Colombian citizen, and maintains a Colombian passport." However, the government fails to inform this Court that Mr. Betancourt is a United States Citizen of over twenty years, owns a homestead condominium in Miami, graduated High School in Miami, and that his Colombian passport had been confiscated during his arrest. In addition, the government fails to inform this Court that Mr. Betancourt had previously cooperated with a federal civil case with the SEC before Judge Beth Bloom related to the same allegations as charged in the indictment and was fully aware that future criminal charges were a possibility. Despite this knowledge, Mr. Betancourt continued to travel and maintain residence in Miami, and even attended law school at the University of Dayton Law online and attended the graduation ceremony in May of this year.

4. The government also fails to inform this Court that Mr. Betancourt was interviewed by Pretrial Services Officer Prospere, who recommended that Mr. Betancourt be released on a percentage bond based upon an assessment of nonappearance and danger.

5. Based upon the pretrial services report, testimony and arguments of counsel, the Magistrate Judge issued a significant personal surety bond of $1,000,000, to be co-signed by multiple family members of the Defendant, which included the home of his aunt, as well as a $250,000, 10% bond, with a Nebbia. In addition, the Court ordered electronic monitoring with a curfew.

6. The Magistrate Judge's ruling and Order more than assure the appearance of this Defendant and the safety of other persons and the community under 18 U.S.C. 3142(e)(1) and should be upheld.

WHEREFORE, the Defendant prays that the Court enter an order to deny the government's request.

Respectfully submitted,

Dustin Tischler, ESQ.
Law Office of Dustin Tischler
25 SE 2nd Avenue, Suite 808
Miami, Florida 33131
Telephone:	(305) 374-4600
Facsimile:	(305) 374-2201

s/ *Dustin Tischler*
Dustin Tischler, Esq.
Florida Bar No. 33746
Dustin@DustinTischlerLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF on November 19, 2024.

s/*Dustin Tischler*