UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-20399-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA

v.

EFRAIN BETANCOURT, JR.,

    Defendant.
_____/

### ORDER STAYING RELEASE ORDER

**THIS CAUSE** is before the Court on the Government's Motion for Stay of Magistrate Judge Release Order [ECF No. 14], which it sought while this Court considers the Government's Motion for Revocation of Magistrate Judge's Release Order. Being fully advised, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Magistrate Judge's Release Order is **STAYED** until further order of this Court.

**DONE AND ORDERED** in chambers at Miami, Florida, this 20th day of November, 2024.

                                                                               _____
                                                                               DARRIN P. GAYLES
                                                                               UNITED STATES DISTRICT JUDGE