UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20399-CR-GAYLES

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

**EFRAIN BETANCOURT, JR.,**

    **Defendant.**

_____/

## FACTUAL PROFFER

Defendant EFRAIN BETANCOURT, JR., ("the Defendant" or "BETANCOURT"), his counsel, and the United States of America agree that, had this case proceeded to trial, the United States would have proven the following facts, which are all true, beyond a reasonable doubt:

Sky Group USA, LLC ("Sky Group") was a Florida limited liability company headquartered in Miami, Florida, and formed in March 2015. Sky Group was purportedly in the business of making small-dollar, short-term loans to consumer borrowers with poor or no credit (also known as "payday loans"). Sky Group offered promissory notes to investors to purportedly fund the payday loans to borrowers. **BETANCOURT** resided in Miami, Florida, and was the Chief Executive Officer, managing member and sole owner of Sky Group. He ran Sky Group and also sold promissory notes to Sky Group investors.

From in or around January 2016, through in or around March 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, **BETANCOURT** willfully conspired with others, including certain Sky Group employees and agents, to commit mail and wire fraud, in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. It was the purpose of the conspiracy for the defendant and his co-conspirators to unjustly enrich themselves by

misappropriating investor money for their personal use and benefit by making materially false and fraudulent representations, and concealing and failing to state material facts concerning, among other things, the profitability and safety of investing in Sky Group through the purchase and sale of promissory notes.

In or around March 2015, **BETANCOURT** incorporated Sky Group with the State of Florida. **BETANCOURT** and his co-conspirators claimed that Sky Group was in the business of funding small-dollar, short-term loans to consumer borrowers. They claimed that these loans, also known as payday loans, would be made to borrowers with poor or no credit. Sky Group's business model was purportedly based on charging borrowers interest and fees on these short-term loans. From in or around April 2015, to in or around March 2020, **BETANCOURT,** opened and maintained and caused others to open bank accounts in the name of Sky Group at financial institutions located in Miami-Dade County, Florida. Sometime in 2016, **BETANCOURT** hired a network of over thirty outside sales agents, many of whom were also investors, responsible for initially contacting and making pitches to potential investors for the sale of Sky Group promissory notes. These sales agents contacted potential investors, and solicited, offered, and sold Sky Group promissory notes to people located in South Florida, throughout the United States, as well as potential investors located outside of the United States.

**BETANCOURT** met personally with numerous investors to close the deal. In meetings at Sky Group's offices, **BETANCOURT** described Sky Group's payday loan business and showed investors the company's website and a telemarketing office where company representatives purportedly solicited loan customers. Sky Group investors signed a "Loan Agreement and Promissory Note" with Sky Group in which investors agreed to provide Sky Group funds in return for monthly interest payments and the return of principal after one year. The principal amount of

each promissory note generally ranged from $10,000 to $150,000, but went as high as $1.1 million.

**BETANCOURT** and his sales agents, and their co-conspirators directed investors to make payments for Sky Group's promissory notes by transferring funds electronically via interstate wires to bank accounts in Miami-Dade County, Florida. From no later than January 2016 through at least March 2020, Sky Group raised approximately $66 million from over 600 investors through the offer and sale of the promissory notes. **BETANCOURT** often made false statements to investors regarding the use of investor funds. For example, he asserted to investors, both orally and in writing, that investor proceeds would be used to fund Sky Group payday loans. In fact, the Sky Group promissory notes expressly stated that Sky Group:

> agree[d] that the funds to be received and governed by [the Notes] are to be used for the sole purpose of **portfolio financing** and associated cost by Sky Group USA LLC and any of its partner or affiliate corporations. The principal balance shall not be used for payment to members or any other expense that are not related to the portfolio financing of the corporation.

Although the Sky Group promissory notes stated that Sky Group would use investor proceeds solely to make consumer loans or for costs associated with the loans, **BETANCOURT** used investor funds for a variety of other purposes. Of the approximately $66 million raised from investors, Sky Group made only about $12.2 million of consumer loans, and **BETANCOURT** used $12 million in investor funds on operating expenses, and another $9.8 million to pay undisclosed sales agent commissions. In addition, **BETANCOURT** misappropriated over $6.5 million for personal use. In total, the loss amount attributed to **BETANCOURT** was approximately $8,300,000.

To further his fraud scheme and create the illusion of success, **BETANCOURT** also paid prior investors "promissory note payments" with new investors' money. For the majority of times, there was no source of funds, other than new investor money. Thus, **BETANCOURT** operated a

*Ponzi* scheme, generating revenue primarily through new investor money and using the newly raised money to make scheduled payments to previous investors.

The Parties agree that the above facts, which do not include all the facts known to the Government or Defendant, are sufficient to prove the guilt of the Defendant with respect to Count 1.

HAYDEN P. O'BYRNE
UNITED SATATES ATTORNEY

DATE: 5/21/25     BY: _____
ROGER CRUZ
ASSISTANT UNITED SATES ATTORNEY

DATE: 5/15/25    BY: _____
SAMUEL RABIN
COUNSEL FOR DEFENDANT

DATE: 05/15/25   BY: _____
EFRAIN BETANCOURT, JR.
DEFENDANT